UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

PEARL DUNLAP, as personal
representative of the estate of
JESSE P. DUNLAP,

        Plaintiff,

v.

SEVIER COUNTY, RONALD L. SEALS,
LARRY MCMAHAN, IAN MORLEAN,
KYLE MILLER, DAVID BUCHAN,
JOEY LEONARD, MALCOLM
BRANDRIFF, QCHC, INC. a/k/a QUALITY
CORRECTIONAL HEALTHCARE,
RACHEL PARTON, and RICKY NEICE,

        Defendants.
_____/

Case Number 18-00278
Honorable David M. Lawson

## JUDGMENT

In accordance with the opinion and order entered on this date,

It is **ORDERED AND ADJUDGED** that the complaint is **DISMISSED WITHOUT PREJUDICE** as to defendants QCHC, Inc. a/k/a Quality Correctional Healthcare, Rachel Parton, and Ricky Neice **ONLY**.

It is further **ORDERED AND ADJUDGED** that the complaint is **DISMISSED WITH PREJUDICE** as to defendants Sevier County, Ronald L. Seals, Larry McMahan, Ian Morlean, Kyle Miller, David Buchan, Joey Leonard, and Malcolm Brandiff.

        s/David M. Lawson
        DAVID M. LAWSON
        United States District Judge
        Sitting by special designation

Date: September 17, 2020